1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,
                                      NO. CR. S-05-399 LKK
12            Plaintiff,              Misd. No. 03-50036 CMK

13        v.                              O R D E R

14   KAREN LOWRY,

15            Defendant.
     _____/

16

17        The court is in receipt of defendant's notice of appeal from

18   the magistrate judge's decision in the above-entitled case.  Good

19   cause appearing, the court hereby ORDERS that:

20        1.  The Clerk is directed to serve a copy of this order on the

21   Federal Defender;

22        2.  The Federal Defender shall notify the court within twenty

23   (20) days whether appointment of counsel is appropriate; and

24   ////

25   ////

26   ////

1

1        3.   Pending determination on appointment of counsel, the

2   underlying sentence imposed on September 30, 2005, is STAYED.

3        IT IS SO ORDERED.

4        DATED:  October 6, 2005.

5                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
6                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26