```
QUIN DENVIR, Bar #49374
Federal Defender
LIVA MORALES, Bar #224504
Staff Attorney
801 K Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KAREN LOWRY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KAREN LOWRY,<br><br>        Defendant. | No. CR.S. 05-399-LKK<br><br>[PROPOSED] ORDER APPOINTING COUNSEL |

        The defendant, KAREN LOWRY, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel as follows:

    [ X ]    Staff Attorney, Livia Morales

    [   ]    CJA Panel Member _____ because the Federal Defender has a conflict in this matter.

        Our office was notified on October 7, 2005 by a court order that our office was to determine whether the above mentioned defendant qualifies for appointment of counsel. On October 31, 2005 we received a signed copy of the financial affidavit from the defendant. After reviewing the financial affidavit, the Federal Public Defenders Office

has determined that the defendant, Karen Lowry, does qualify for appointment of counsel.

A Financial Affidavit is included with this application as evidence of the defendant's inability to obtain counsel.

DATED: November 2, 2005

                              Respectfully submitted,
                              QUIN DENVIR
                              Federal Defender

                              /s/ Livia Morales
                              LIVIA MORALES
                              Staff Attorney

Having satisfied the court that he is unable to employ counsel, the court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

DATED: November 3, 2005

                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON, Chief Judge Emeritus
                              UNITED STATES DISTRICT COURT JUDGE

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

IN UNITED STATES: ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: UNITED STATES vs. Karen Lowry

FOR: EASTERN DISTRICT OF CA. AT SACRAMENTO, CALIFORNIA

LOCATION NUMBER: CAESC

PERSON REPRESENTED (Show your full name): Karen Lowry

1 ☒ Defendant — Adult
2 ☐ Defendant — Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate:
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☐ Felony ☒ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
Name and address of employer: Karuk Tribe of CA, Hwy 96, Orleans, CA 95556
IF YES, how much do you earn per month? $ 800 avg
IF NO, give month and year of last employment. How much did you earn per month? $ ____
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ____
THE SOURCES ____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND $ 5000 / '83 Nissan Pickup
DESCRIBE IT

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☒ SEPARATED OR DIVORCED
Total No. of Dependents: ____
List persons you actually support and your relationship to them: 1 ____

**DEBTS & MONTHLY BILLS**
(List all creditors, including banks, loan companies, charge accounts, etc.)

| APARTMENT OR HOME: | Creditor | Total Debt | Monthly Payt. |
|---|---|---|---|
| Car Ins | | $ | $ 80 |
| Child Support | | $ | $ 95 |
| Electric | | $ | $ 120 |
| TV = 40 | Phone = 35 Propane = 40 | $ | $ 165 |
| Food = $15/wk | Gas = 40/wk | | $ 440 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Karen Lowry*