```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LIVIA R. MORALES, Bar #224504
    Staff Attorney
 3  801 K Street, 10th Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    KAREN LOWRY
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR.S. 05-399-LKK |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE |
| ) | APPEAL BRIEFING SCHEDULE |
| KAREN LOWRY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED and agreed to between the United States of America through SAMANTHA SPANGLER, Assistant United States Attorney, and defendant, KAREN LOWRY, by and though her counsel, LIVIA R. MORALES, Staff Attorney, that the hearing on appeal currently set for January 17, 2006, be reset to February 28, 2006; and the following briefing schedule be set:

   Appellant's opening brief due on January 11, 2006;

   Appellee's response due on February 13, 2006;

   Appellant's reply due on February 21, 2006;

   Hearing on Appeal on February 28, 2006;

//

//

1   We anticipate the transcripts will be filed with the court no
2 later than December 21, 2005.
3 DATED: November 22, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/S/ LIVIA MORALES
_____
LIVIA MORALES, Staff Attorney
Attorney for Defendant
KAREN LOWRY

DATED: November 22, 2005

McGREGOR SCOTT
United States Attorney

/s/ LIVIA MORALES   for
_____
SAMANTHA SPANGLER
Assistant U.S. Attorney

   IT IS SO ORDERED.
DATED: November 28, 2005

/s/Lawrence K. Karlton
_____
HONORABLE LAWRENCE K. KARLTON
UNITED STATES DISTRICT COURT JUDGE

U.S. v. Karen Lowry
No. 05-399 LKK
Stipulation & Proposed Order            2