DENNIS S. WAKS, Bar #142581
Acting Federal Defender
LIVIA R. MORALES, Bar #224504
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KAREN LOWRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR.S. 05-399-LKK |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE |
| ) | APPEAL BRIEFING SCHEDULE |
| KAREN LOWRY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

     IT IS HEREBY STIPULATED and agreed to between the United States of America through SAMANTHA SPANGLER, Assistant United States Attorney, and defendant, KAREN LOWRY, by and though her counsel, LIVIA R. MORALES, Staff Attorney, that the hearing on appeal currently set for February 28, 2006, be reset to March 21, 2006; and the following briefing schedule be set:

    Appellant's opening brief due on January 30, 2006;

    Appellee's response due on March 6, 2006;

    Appellant's reply due on March 13, 2006;

1    Hearing on Appeal on March 21, 2006;

2    Transcripts on this case were recently filed with the court on
3 January 5, 2006.

4 DATED: January 6, 2006

```
                                    Respectfully submitted,

                                    DENNIS S. WAKS
                                    Acting Federal Defender

                                    /S/ LIVIA MORALES
                                    _____
                                    LIVIA MORALES, Staff Attorney
                                    Attorney for Defendant
                                    KAREN LOWRY
```

DATED: January 6, 2006

```
                                    McGREGOR SCOTT
                                    United States Attorney

                                    /s/ Samantha Spangler
                                    _____
                                    SAMANTHA SPANGLER
                                    Assistant U.S. Attorney
```

        IT IS SO ORDERED.

DATED: January 10, 2006

```
                                    /s/Lawrence K. Karlton
_____      HONORABLE LAWRENCE K. KARLTON
                                    UNITED STATES DISTRICT COURT JUDGE
```

U.S. v. Karen Lowry
No. 05-399 LKK
Stipulation & Proposed Order         2