1  DENNIS S. WAKS, Bar #142581
   Acting Federal Defender
2  CAROLYN M. WIGGIN, Bar #182732
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5
   Attorney for Defendant
6  KAREN LOWRY

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,      )
12                                 ) No. CR.S. 05-399-LKK
                 Plaintiff,        )
13                                 )
            v.                     ) STIPULATION AND ORDER TO CONTINUE
14                                 ) APPEAL BRIEFING SCHEDULE
   KAREN LOWRY,                    )
15                                 )
                 Defendant.        )
16 _____ )

17      IT IS HEREBY STIPULATED and agreed to between the United States of
18 America through SAMANTHA SPANGLER, Assistant United States Attorney,
19
   and defendant, KAREN LOWRY, by and though her counsel, CAROLYN M.
20
   WIGGIN, Assistant Federal Defender, that the hearing on appeal
21
22 currently set for March 21, 2006, be re-set for March 28, 2006; and the

23 following briefing schedule be set:

24      Appellant's opening brief shall be due on February 27, 2006;

25      Appellee's response shall be due on March 13, 2006;

26      Appellant's reply shall be due on March 20, 2006;

27 / / /

28

1    The hearing on appeal shall take place on March 28, 2006.

2

3  DATED: January 19, 2006

4                                    Respectfully submitted,

5                                    DENNIS S. WAKS
6                                    Acting Federal Defender

7                                    /s/ Carolyn M. Wiggin
8                                    _____
                                     CAROLYN M. WIGGIN
9                                    Assistant Federal Defender

10                                   Attorneys for Defendant
                                     KAREN LOWRY
11

12
   DATED: January 19, 2006
13
                                     McGREGOR SCOTT
14                                   United States Attorney

15                                   /s/ Samantha Spangler
16                                   _____
                                     SAMANTHA SPANGLER
17                                   Assistant U.S. Attorney

18

19        IT IS SO ORDERED.

20
   DATED: January 23, 2006
21

22
                                     /s/ Lawrence K. Karlton
23 _____   HONORABLE LAWRENCE K. KARLTON
                                     UNITED STATES DISTRICT COURT JUDGE
24

25

26

27

28

U.S. v. Karen Lowry
No. 05-399 LKK
Stipulation & Proposed Order          2