```
DANIEL J. BRODERICK, #89424
Acting Federal Defender

CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700



Attorney for Defendant
KAREN SUE LOWRY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR. S-05-399 LKK |
| | ) Mag. No. 03-50036 CMK |
| Plaintiff-Appellee, | ) |
| | ) Order |
| v. | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| KAREN SUE LOWRY, | ) |
| | ) |
| Defendant-Appellant. | ) |

For the reasons set forth in Defendant-Appellant's *Ex Parte* Application for an Extension of Time to File an Opening Brief in Appeal from a Misdemeanor Conviction, it is hereby ordered that the current briefing schedule is vacated and the following briefing schedule established:

Appellant's opening brief is due on 04/11/2006;

*United States v. Lowry*
*[Proposed] Order Granting*
*Application for Extension of Time*          1

1     Appellee's response is due on 04/25/2006;

2     Appellant's reply is due 05/02/2006;

3     The hearing that is currently scheduled for March 28, 2006 at 9:30 a.m. is taken off calendar.  A new hearing is set in this matter on May 9, 2006, at 9:30 a.m.

    IT IS SO ORDERED.

DATED: February 27, 2006

                                    /s/ Lawrence K. Karlton
                                    HONORABLE LAWRENCE K. KARLTON
                                    District Court Judge

*United States v. Lowry*
*[Proposed] Order Granting*
*Application for Extension of Time*     2