IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>vs.<br><br>KAREN SUE LOWRY<br><br>    Defendant-Appellant. | ) No. CR. S-05-399 LKK<br>) Mag. No. 03-50036 CMK<br>)<br>) **ORDER RE: FILING OF *AMICUS***<br>) ***CURIAE* BRIEF IN SUPPORT OF**<br>) **DEFENDANT-APPELLANT**<br>)<br>) Date:   May 9, 2006<br>) Time:   9:30 a.m.<br>) Judge:  Hon. Lawrence K. Karlton<br>) |

    Upon reading and considering the Motion for Leave to File an *Amicus Curiae* Brief in Support of Defendant-Appellant and the evidence in support thereof,

    **IT IS HEREBY ORDERED THAT:**

    The *Amicus Curiae* Brief in Support of Defendant-Appellant by Samuel D. Hough, California Indian Legal Services, is accepted for filing in this matter.

    **IT IS SO ORDERED.**

Dated: April 20, 2006                   /s/Lawrence K. Karlton
                                                HONORABLE LAWRENCE K. KARLTON
                                                Senior, U.S. District Judge