1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7               IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )   CR.S-05-399 LKK
                                   )   Mag. No. 03-50036 CMK
11          Plaintiff/Appellee,    )
                                   )   STIPULATION AND ORDER EXTENDING
12          v.                     )   DEADLINE FOR FILING GOVERNMENT'S
                                   )   RESPONSIVE BRIEF, DEFENDANT'S
13  KAREN SUE LOWRY,               )   REPLY BRIEF, AND CONTINUING
                                   )   HEARING
14          Defendant/Appellant.   )
                                   )   HEARING:  May 16, 2006, 9:30 a.m.
15  _____)   COURT:    Hon. Lawrence K. Karlton

16                        <u>Stipulation</u>

17      Because government counsel requires more time than the two

18  weeks she allotted herself for responding to the defendant's opening

19  brief on appeal, plus the amicus brief filed one week later,

20  undersigned counsel stipulate that the deadlines for filing the

21  government's responsive brief and the defendant's reply brief[1] and

22  the hearing date may each be extended by one week, as follows:

23      Government's responsive brief now due May 2, 2006.

24      Defendant's reply brief now due May 9, 2006.

25      Hearing continued to May 16, 2006 at 9:30 a.m.

26

27  ─────────────────

28      [1] The appellate rules do not permit the filing of a reply
    brief by amicus curiae.  Ninth Circuit Rule 29-1.

                                1

1

2        Counsel has confirmed with the Courtroom Deputy Clerk that the

3   Court's May 16 calendar will accommodate this matter.

4   DATED:  April 24, 2006                McGREGOR W. SCOTT
                                          United States Attorney
5

6

7                                by    /s/ Samantha S. Spangler
                                       Samantha S. Spangler
                                       Assistant U.S. Attorney
8

9   DATED:  April 24, 2006                DANIEL J. BRODERICK
                                          Federal Defender
10

11

12                               by    /s/ Samantha S. Spangler for
                                       Carolyn Wiggin
                                       Assistant Federal Defender
13

14                             Order

15       Good cause appearing, the same is hereby ordered.

16       IT IS SO ORDERED.

17  DATED:  April 25, 2006              /s/ Lawrence K. Karlton
                                        LAWRENCE K. KARLTON, Judge
18                                      United States District Court

19

20

21

22

23

24

25

26

27

28

                                2