UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-05-399 LKK |
|     Plaintiff/Appellee, | |
| v. | <u>O R D E R</u> |
| KAREN SUE LOWRY, | |
|     Defendant/Appellant. | |
| _____/ | |

The court is in receipt of the parties' second stipulation to extend deadlines. The parties are cautioned that the court shall not entertain any future requests to extend deadlines. Oral argument is hereby CONTINUED to June 6, 2006 at 9:30 a.m. in Courtroom No. 4. With that modification, the court adopts the remaining deadlines stipulated to by the parities.

IT IS SO ORDERED.

DATED: May 4, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT