

McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff/Appellee,<br><br>v.<br><br>KAREN SUE LOWRY,<br><br>　　Defendant/Appellant. | CR.S-05-399 LKK<br>MAG NO. 03-50036<br><br>GOVERNMENT'S APPLICATION FOR EXTENSION OF DEADLINE FOR FILING APPELLEE'S RESPONSIVE BRIEF ON APPEAL; [PROPOSED] ORDER |

Application

Plaintiff United States of America, through its undersigned counsel, respectfully applies pursuant to Local Rule 6-142 for an order extending the deadline for filing its responsive brief on appeal, for the reasons stated in the attached Declaration. The government's brief was due on May 8, 2006. The government requests permission to file it two court days late, on May 10, 2006.

DATED: May 10, 2006                McGREGOR W. SCOTT
                                   United States Attorney


                                   By s/ Samantha S. Spangler
                                   SAMANTHA S. SPANGLER
                                   Assistant U.S. Attorney

1

Declaration

I, Samantha S. Spangler, Assistant U.S. Attorney, declare under penalty of perjury as follows.

1. The government's responsive brief was due May 8, 2006, pursuant to the most recent schedule established by stipulation and order.

2. On May 8, 2006, I encountered two separate technical problems: I was unable to scan documents comprising the Supplemental Excerpts of Record, and ECF was malfunctioning and not available. Very early on May 9, 2006, I provided electronic notification to opposing counsel and the Courtroom Deputy Clerk of the delay, the reasons for it, and my intention to file the brief later that day.

3. On May 9, 2006, although both the scanner and ECF were functioning properly, the process of compiling the record, conforming the record citations in my brief, and finalizing the tables of contents and authorities was much more difficult and took substantially longer than I had estimated. Although the brief and supplemental excerpts were filed before 5:30 a.m. on May 10, they were not filed by midnight May 9. Therefore, I request a two-day extension of the deadline.

4. I do not believe the defendant will be prejudiced by this short delay, because more than one week remains for her preparation of the reply brief. I am also emailing the brief to her counsel in an effort to facilitate her preparation.

5. I deeply regret the inconvenience to counsel and the Court resulting from the delays in the filing of the government's brief. However, the seriousness of the matter and the complexity of the

2

issues required a thorough and detailed presentation.

Executed in Sacramento, California, on the 10th day of May, 2006.

                                      /s/ Samantha S. Spangler
                                      SAMANTHA S. SPANGLER
                                      Assistant U.S. Attorney

<u>Order</u>

The Court hereby grant's the government's application for an order extending the deadline for filing its responsive brief on appeal by two court days.

IT IS SO ORDERED.

DATED: May __, 2006

                                      LAWRENCE K. KARLTON, Judge
                                      United States District Court