UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-05-399 LKK

    Plaintiff/Appellee,

  v.                           O R D E R

KAREN SUE LOWRY,

    Defendant/Appellant.

_____/

    The parties are instructed to be prepared to address the following two questions at oral argument, scheduled for June 6, 2006:

    1.   What is the extent of the curtilage surrounding defendant's home?  How is curtilage defined?

    2.   Although courts have discussed the meaning of "continuous occupancy" within the context of tribal aboriginal title, there is little guidance as to what "occupancy" means within the context of individual aboriginal title.  The Supreme Court and the Ninth Circuit have clearly distinguished between individual and tribal

1  title and indicated that these are two separate doctrines.  Thus,
2  it is not clear if analogizing the meaning of "occupancy" within
3  the context of tribal title to the meaning of "occupancy" within
4  the context individual title is proper.
5       IT IS SO ORDERED.
6       DATED:  June 1, 2006.

            /s/ Lawrence K. Karlton
            LAWRENCE K. KARLTON
            SENIOR JUDGE
            UNITED STATES DISTRICT COURT

2