UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          NO. CR. S-05-399 LKK

    Plaintiff/Appellee,

  v.                       O R D E R

KAREN SUE LOWRY,

    Defendant/Appellant.
_____/

    The court is in receipt of defendant's motion for stay of execution of sentence pending appeal and the government's opposition to the motion. The matter is currently set to be heard on the July 25, 2006 criminal calendar. The court decides the matter based on the papers and pleadings filed herein.

    Federal Rule of Criminal Procedure 38 (d) permits the court to stay a sentence of probation pending appeal. Good cause appearing, defendant's motion is GRANTED pending the resolution of the appeal. The defendant is reminded to abide by the stipulated terms set forth in the stay of execution.

1

| | |
|---|---|
| 1 | The hearing currently set for July 25, 2006 is hereby VACATED. |
| 2 | IT IS SO ORDERED. |
| 3 | DATED:  July 21, 2006. |

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT