UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-05-399 LKK

    Plaintiff,

  v.                         O R D E R

KAREN LOWRY,

    Defendant.
_____/

    On January 16, 2008, the Ninth Circuit affirmed this court's July 25, 2006 order. Accordingly, the court orders as follows:

    1.  The stay previously imposed on July 25, 2006 is lifted;

    2.  This matter is remanded to the magistrate judge. The parties are directed to file any further motions before Magistrate Judge Kellison.

    IT IS SO ORDERED.

    DATED: February 14, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT